UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
BARB HILLS,                              :
                                         :
       Plaintiff,                       :   CASE NO.: 1:19-CV-10412
                                         :
   -against-                            :
                                         :
SEMGROUP CORPORATION, CARLIN G.          :
CONNER, THOMAS R. MCDANIEL, KARL         :
F. KURZ, RONALD                          :
A. BALLSCHMIEDE, JAMES H. LYTAL,         :
SARAH M. BARPOULIS, AND WILLIAN J.       :
MCADAM.                                  :
                                         :
       Defendants.                      :
---------------------------------------- X

## NOTICE OF DISMISSAL

    Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the above-titled action as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: December 3, 2019                       Respectfully Submitted,

                                               **MONTEVERDE & ASSOCIATES PC**

                                               */s/ Juan E. Monteverde*
                                             Juan E. Monteverde
                                             The Empire State Building
                                             350 Fifth Avenue, Suite 4405
                                             New York, New York 10118
                                             Tel: 212-971-1341
                                             Fax: 212-202-7880

                                             *Attorney for Plaintiff*