**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARB HILLS,<br><br>              Plaintiff,<br><br>-against-<br><br>SEMGROUP CORPORATION, CARLIN G. CONNER, THOMAS R. MCDANIEL, KARL F. KURZ, RONALD A. BALLSCHMIEDE, JAMES H. LYTAL, SARAH M. BARPOULIS, and WILLIAM J. MCADAM,<br><br>              Defendants. | Case No. 1:19-CV-10412-RA<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff in the above-named case, Barb Hills, appeals to the United States Court of Appeals for the Second Circuit from the Opinion & Order denying her motion for attorneys' fees dated March 29, 2021 (ECF No. 24).

Dated: April 28, 2021

                                                                                        Respectfully submitted,

                                                                                        **MONTEVERDE & ASSOCIATES PC**

                                                                                        */s/ Juan E. Monteverde*  
                                                                                        Juan E. Monteverde  
                                                                                       The Empire State Building  
                                                                                       350 Fifth Avenue, Suite 4405  
                                                                                       New York, NY 10118  
                                                                                       Tel: (212) 971-1341  
                                                                                       Fax: (212) 202-7880  
                                                                                       Email: jmonteverde@monteverdelaw.com

                                                                                       *Attorneys for Plaintiff*